# United States District Court

DISTRICT OF **the Northern Mariana Islands**

**FILED**
Clerk
District Court

APR 24 2008

For The Northern Mariana Islands
By _____
(Deputy Clerk)

UNITED STATES OF AMERICA,

Plaintiff,

V.

SABLAN, MANUEL ALDAN,
a.k.a., "Manny Sablan,"

Defendant.

**WARRANT FOR ARREST**

CASE NUMBER: CR 08 - 00014 - 003

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  **SABLAN, MANUEL ALDAN, a.k.a., "Manny Sablan"**
                                       Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense)

**Drug Conspiracy (Count 1); and
Distribution And Possession With Intent To Distribute A Controlled Substance (Counts 2 & 3)**

**RECEIVED**
APR 23 2008
US MARSHALS SERVICE-CNMI

in violation of Title __21__ United States Code, Section(s) __846, 841(a)(1)__

and in violation of Title __21__ United States Code, Section (s) __841(b)(1)(C)__

__HONORABLE ALEX R. MUNSON__                __CHIEF JUDGE, DISTRICT COURT OF THE NMI__
Name of Issuing Officer                       Title of Issuing Officer

*/s/ Alex R. Munson/*                         4-23-08           SAIPAN, CNMI
Signature of Issuing officer                  Date and Location

Bail fixed at $ __NO BAIL__  by  */s/ Alex R. Munson/*
                                   Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above-named defendant at  USDC NMI Saipan Horiguchi Bld Lobby |

| DATE RECEIVED 04/23/08 | NAME AND TITLE OF ARRESTING OFFICER Don D. Hall SDUSM D/NMI Saipan | SIGNATURE OF ARRESTING OFFICER /s/ D. Hall |
|---|---|---|
| DATE OF ARREST 04/24/08 | | |

AO 442 (Rev. 12/85) Warrant for Arrest

**THE FOLLOWING IS FURNISHED FOR INFORMATION ONLY:**

DEFENDANT'S NAME: _____

ALIAS: _____

LAST KNOWN RESIDENCE: _____

LAST KNOWN EMPLOYMENT: _____

PLACE OF BIRTH: _____

DATE OF BIRTH: _____

SOCIAL SECURITY NUMBER: _____

HEIGHT: _____ WEIGHT: _____

SEX: _____ RACE: _____

HAIR: _____ EYES: _____

SCARS, TATTOOS, OTHER DISTINGUISHING MARKS: _____

_____

FBI NUMBER: __419087FA9___ / USM # 00168-005

COMPLETE DESCRIPTION OF AUTO: _____

_____

INVESTIGATIVE AGENCY AND ADDRESS: _____

_____