**DAVID G. BANES, Esq.**
**O'Connor Berman Dotts & Banes**
**Second Floor, Marianas Business Plaza**
**P.O. Box 501969**
**Saipan, MP  96950**
**Tel. No.: 234-5684/85**
**Fax  No.: 234-5683**

**Attorneys for Defendant Manuel Aldan Sablan**

### UNITED STATES DISTRICT COURT FOR THE
### NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,    ) | Criminal Case No. 08-00014-003 |
| ) | |
| Plaintiff,    ) | MOTION TO APPOINT |
| v.    ) | INVESTIGATOR |
| ) | |
| SABLAN, MANUEL ALDAN,    ) | |
| ) | Judge:  Munson |
| Defendant.    ) | Date: |
| ) | Time: |

Defendant MANUEL ALDAN SABLAN, by and through Counsel David G. Banes, hereby respectfully moves this Court to allow him to hire an investigator. This request is supported with the following:

On April 25, 2008, this Court appointed Mr. Banes as Counsel for the Defendant, Mr. Sablan. *See*  "Appointment of Counsel" dated April 25, 2008. The arraignment in this case was heard before this Court at 1:30 p.m., on April 25, 2008. In that hearing, this Court ordered and set a Jury Trial to take place on June 30, 2008 at 9:00 a.m., only two months away from the date of this appointment. Defendant's counsel avers and justifies to this Court that the need for investigative services is necessary because of the limited time and the Defendant has two Co-Defendants for this matter.

In order for Counsel to adequately defend Mr. Sablan in this upcoming Jury Trial, an investigator is needed to assist counsel. However, Mr. Sablan does not have the necessary funds

1

to hire and expert investigator. Mr. Sablan should be able to go into trial with a proper defense without regard to his financial situation.

For the foregoing reasons, Mr. Sablan respectfully requests that this Court grant his motion and allow him to hire an investigator of his choice.

Respectfully submitted this 28th day of April, 2008

                O'CONNOR BERMAN DOTTS & BANES
                Attorneys for Manuel Aldan Sablan

                By: /s/_____
                        DAVID G. BANES, ESQ.

2019-279-080428-MotApptInvest-mbc