**DAVID G. BANES, Esq.**
**O'Connor Berman Dotts & Banes**
**Second Floor, Marianas Business Plaza**
**P.O. Box 501969**
**Saipan, MP  96950**
**Tel. No.: 234-5684/85**
**Fax  No.: 234-5683**

**Attorneys for Defendant Manuel Aldan Sablan**

### UNITED STATES DISTRICT COURT FOR THE
### NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Criminal Case No. 08-00014-003** |
| | ) | |
| **Plaintiff,** | ) | **NOTICE OF MOTION TO** |
| **v.** | ) | **APPOINT INVESTIGATOR** |
| | ) | |
| **SABLAN, MANUEL ALDAN,** | ) | |
| | ) | **Judge:  Munson** |
| **Defendant.** | ) | **Date:** |
| _____ | ) | **Time:** |

    **PLEASE TAKE NOTICE** that Defendant, by and through counsel, will move the Court

for appointment of an investigator on _____  at _____ a.m. / p.m. at the

United States District Court for the Northern Mariana Islands.


    Dated: April 28, 2008



                       O'CONNOR BERMAN DOTTS & BANES
                       Attorneys for Manuel Aldan Sablan



                    By: /s/_____
                        DAVID G. BANES, ESQ.

2019-279-080428-NotMotApptInvest-mbc