F I L E D
Clerk
District Court

APR 28 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 08-00014-003 |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | ORDER GRANTING |
| | ) | DEFENDANT'S MOTION |
| MANUEL ALDAN SABLAN, | ) | TO HIRE AN INVESTIGATOR |
| | ) | |
| Defendant | ) | |
| _____ | ) | |

IN THE INTERESTS of conserving the resources of the court and the parties, the court will decide this motion without the necessity of a hearing.

IT IS ORDERED that defendant's motion to hire an investigator, said motion made pursuant to 18 U.S.C. § 3006A(e), is granted, up to a limit of $1,000.00. Should defendant require additional funds, counsel shall first move the court for an increased amount.

DATED this 28th day of April, 2008.

_____
ALEX R. MUNSON
Judge

AO 72
(Rev. 08/82)