**Bruce Berline, Esq.**
**Law Office of Bruce Berline**
Macaranas Building, Second Floor
P.O. Box 5682 CHRB
Garapan, Saipan, MP 96950
Telephone: (670) 233-3663
Facsimile: (670) 233-5262

Attorney for Lawrence Kalen

## UNITED STATES DISTRICT COURT

## FOR

## THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 08-00014 |
| Plaintiff, ) | DEFENDANT LAWRENCE KALEN'S MOTION TO COMPEL GOVERNMENT TO DISCLOSE IDENTITY OF CONFIDENTIAL INFORMANT AND TO COMPEL DISCOVERY |
| vs. ) | |
| KALEN, GREGGORY SABLAN, KALEN, LAWRENCE, and SABLAN, MANUEL ALDAN, ) | |
| Defendants. ) | Time: 9:00 a.m.<br>Date: June 5, 2008<br>Judge: Munson |

Lawrence Kalen, defendant in the above-entitled action, by and through his counsel, Bruce Berline, hereby moves the court, pursuant to Defendant's rights espoused in *Roviaro v. United States*, 353 U.S. 53, 77 S.Ct. 623 (1957), Defendant's due process rights to a fair trial and his rights to compulsory process and confrontation of essential witnesses as provided by the Sixth Amendment of the Constitution of the United States, to compel the Government to disclose the identity of the confidential informant used in the above captioned matter and to compel the disclosure of all relevant discovery relating to the CI pursuant to pursuant to Fed.R.Crim.P. 16, *Brady v. Maryland*, 373 U.S. 83, 83 S.Ct. 1194 (1963), and its progeny, *United States v. Giglio*, 405 U.S. 150, 92 S.Ct. 763, 31 L.Ed.2d 104 (1972), and *Napue v. Illinois*, 360 U.S. 264, 79 S.Ct. 1173, 3 L.Ed.2d 1217 (1959).

This motion is made on the grounds the Government's limited privilege to protect the confidentiality of an informant's identity is waived, lost and inapplicable in this matter and further, that the disclosure of the confidential informant's identity is necessary for a fair determination of a cause and

is relevant and helpful to the defense of the accused. This motion is based on all the files and records of this case, and on the accompanying memorandum of points and authorities filed contemporaneously with this motion

Dated this 16th day of May, 2008.

                                                  BRUCE BERLINE
                                                  Attorney for Defendant
                                                  P.O. Box 5682 CHRB
                                                  Saipan, MP 96950