**DAVID G. BANES, Esq.**
**O'Connor Berman Dotts & Banes**
**Second Floor, Marianas Business Plaza**
**P.O. Box 501969**
**Saipan, MP  96950**
**Tel. No.: 234-5684/85**
**Fax  No.: 234-5683**

**Attorneys for Defendant Manuel Aldan Sablan**

### UNITED STATES DISTRICT COURT FOR THE
### NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-00014-003 |
| | ) | |
| Plaintiff, | ) | NOTICE OF MOTION REQUESTING |
| v. | ) | PROSECUTION TO FILE AND |
| | ) | SERVE A BILL OF PARTICULARS |
| SABLAN, MANUEL ALDAN, | ) | ON COUNSEL FOR MR. MANUEL |
| | ) | SABLAN |
| | ) | |
| | ) | Judge:  Munson |
| Defendant. | ) | Date  :  June 5, 2008 |
| _____ | ) | Time  :  9:00 a.m. |

**PLEASE TAKE NOTICE** that Defendant, by and through counsel, pursuant to Rule 7, Fed.R.Crim.Pro., will and hereby does move the Court to file and serve a Bill of Particulars on counsel for Defendant Manuel Sablan on June 5, 2008  at 9:00 a.m. at the United States District Court for the Northern Mariana Islands. This Motion is supported by a Motion with written argument and all prior pleadings and proceedings.

Dated: May 16, 2008.

            O'CONNOR BERMAN DOTTS & BANES
            Attorneys for Manuel Aldan Sablan

            By: /s/_____
              DAVID G. BANES, ESQ.

2019-279-080515-NotMotBillParticulars-epv

1