**DAVID G. BANES, Esq.**
**O'Connor Berman Dotts & Banes**
**Second Floor, Marianas Business Plaza**
**P.O. Box 501969**
**Saipan, MP  96950**
**Tel. No.: 234-5684/85**
**Fax  No.: 234-5683**

**Attorneys for Defendant Manuel Aldan Sablan**

# UNITED STATES DISTRICT COURT FOR THE
## NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA,           ) | Criminal Case No. 08-00014-003 |
|                                                               ) | |
|               Plaintiff,                           ) | NOTICE OF MOTION OF |
|       v.                                                ) | OMNIBUS DISCOVERY MOTION |
|                                                               ) | |
| SABLAN, MANUEL ALDAN,            ) | |
|                                                               ) | Judge:  Munson |
|               Defendant.                        ) | Date  :  June 5, 2008 |
|                                                               ) | Time  :  9:00 a.m. |

**PLEASE TAKE NOTICE** that Defendant Manuel Sablan, by and through counsel, will and hereby does move the Court for an Omnibus Discovery Motion on June 5, 2008 at 9:00 a.m. at the United States District Court for the Northern Mariana Islands.  This Motion is supported by a Motion with authorities and all prior pleadings and proceedings had herein.

Dated: May 16, 2008.

                                  O'CONNOR BERMAN DOTTS & BANES
                                  Attorneys for Manuel Aldan Sablan

                                  By: /s/_____
                                          DAVID G. BANES, ESQ.

2019-279-080516-NotMotOmnibusDiscMot-mbc

1