**DAVID G. BANES, Esq.**
**O'Connor Berman Dotts & Banes**
**Second Floor, Marianas Business Plaza**
**P.O. Box 501969**
**Saipan, MP  96950**
**Tel. No.: 234-5684/85**
**Fax  No.: 234-5683**

**Attorneys for Defendant Manuel Aldan Sablan**

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **Criminal Case No. 08-00014-003** |
| | ) | |
| **Plaintiff,** | ) | **JOINDER BY MANUEL SABLAN** |
| **v.** | ) | **IN CO-DEFENDANTS' PRE-TRIAL** |
| | ) | **MOTIONS** |
| **SABLAN, MANUEL ALDAN,** | ) | |
| | ) | **Judge:  Munson** |
| **Defendant.** | ) | **Date  :  June 5, 2008** |
| _____ | ) | **Time  :  9:00 a.m.** |

     Defendant Manuel Sablan, by and through his undersigned counsel, hereby joins in the following pre-trial motions filed by his co-defendants: 1) Defendant Lawrence Kalen's *Motion to Compel Government to Give Notice of Intention to Use Evidence of Other Crimes, Wrongs or Acts*; 2) Defendant Lawrence Kalen's *Motion to Compel Government to Disclose Identity of Confidential Informant and to Compel Discovery*; 3) Defendant Gregory Kalen's *Motion to Inspect*; all of the foregoing pre-trial motions having been filed in this action; and Defendant Manuel Sablan hereby adopts and incorporates fully herein by this reference the aforesaid motions, supporting memorandum, and arguments.

     Respectfully submitted this 16th day of May, 2008

                   O'CONNOR BERMAN DOTTS & BANES
                   Attorneys for Manuel Aldan Sablan

                   By: /s/_____
                       DAVID G. BANES, ESQ.