1  **Bruce Berline, Esq.**
   **Law Office of Bruce Berline**
2  Macaranas Building, Second Floor
   P.O. Box 5682 CHRB
3  Garapan, Saipan, MP 96950
   Telephone: (670) 233-3663
4  Facsimile: (670) 233-5262

5  Attorney for Lawrence Kalen

6

7                    **UNITED STATES DISTRICT COURT**
                              **FOR**
                **THE NORTHERN MARIANA ISLANDS**
8

9  UNITED STATES OF AMERICA,          )    CRIMINAL CASE NO. 08-00014
                                      )
10                Plaintiff,          )    NOTICE OF DEFENDANT LAWRENCE
                                      )    KALEN'S   JOINDER   IN   CO-
11        vs.                         )    DEFENDANTS' PRE-TRIAL MOTIONS:
                                      )    REQUESTING PROSECUTION TO FILE
12                                    )    AND SERVE A BILL OF PARTICULARS
   KALEN, GREGGORY SABLAN, KALEN,)       ON COUNSEL; OMNIBUS DISCOVERY
13 LAWRENCE, and SABLAN, MANUEL)        MOTION, AND, MOTION TO CONDUCT
   ALDAN,                             )    INDEPENDENT TESTING OF ALLEGED
14                                    )    DRUG EVIDENCE AND TO HIRE AN
                  Defendants.         )    INDEPENDENT LAB FOR SUCH TESTS
15                                    )
                                      )
16                                    )    Time:  9:00 a.m.
                                      )    Date:  June 5, 2008
17 _____)    Judge: Munson

18

19        Defendant Lawrence Kalen, by and through his undersigned counsel, hereby joins in the

   following pre-trial motions filed by his co-defendants Manuel Aldan Sablan and Greggory Kalen: 1)
20
   Manuel Sablan's *Omnibus Discovery Motion*; 2) Manuel Sablan's *Motion Requesting Prosecution to*
21
   *File and Serve a Bill of Particulars on Counsel*; and, 3) Greggory Kalen's *Motion to Conduct*
22
   *Independent Testing of Alleged Drug Evidence and to Hire an Independent Lab for Such Tests*. Each
23
   of the foregoing pre-trial motions having been filed in this action, and Defendant Lawrence Kalen hereby
24
   adopts and incorporates fully herein by this reference the aforesaid motions, supporting memorandum,
25
   and arguments.

26 Dated this 16th day of May, 2008.
                                           _____
27                                         BRUCE BERLINE
                                           Attorney for Defendant Lawrence Kalen
28                                         P.O. Box 5682 CHRB
                                           Saipan, MP 96950