**Bruce Berline, Esq.**
**Law Office of Bruce Berline**
Macaranas Building, Second Floor
P.O. Box 5682 CHRB
Garapan, Saipan, MP 96950
Telephone: (670) 233-3663
Facsimile: (670) 233-5262

Attorney for Lawrence Kalen

## UNITED STATES DISTRICT COURT

## FOR

## THE NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CRIMINAL CASE NO. 08-00014 |
| Plaintiff, ) | DEFENDANT LAWRENCE KALEN'S NOTICE OF MOTION FOR REVIEW AND REVOCATION OF DETENTION ORDER |
| vs. ) | |
| KALEN, GREGGORY SABLAN, KALEN, LAWRENCE, and SABLAN, MANUEL ALDAN, ) | Time: 9:00 a.m.<br>Date: May 29, 2008<br>Judge: Munson |
| Defendants. ) | |

TO:   Eric O'Malley, Assistant United States Attorney
      Horiguchi Building, Third Floor
      P.O. Box 377
      Saipan, MP 96950

Please take notice that on May 29, 2008, at 9 o'clock a.m. or as soon thereafter as counsel can be heard, in The United States District Court for the Northern Mariana Islands, Horiguchi Building, Saipan, CNMI, the undersigned will bring the above motion on for hearing.

Dated this 23rd day of May, 2008.

*/s/ Bruce Berline*
BRUCE BERLINE
Attorney for Defendant
P.O. Box 5682 CHRB
Saipan, MP 96950