**DAVID G. BANES, Esq.**
**O'Connor Berman Dotts & Banes**
**Second Floor, Marianas Business Plaza**
**P.O. Box 501969**
**Saipan, MP  96950**
**Tel. No.: 234-5684/85**
**Fax  No.: 234-5683**

**Attorneys for Defendant Manuel Aldan Sablan**

## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN MARIANA ISLANDS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal Case No. 08-00014-003 |
| | ) | |
| Plaintiff, | ) | DEFENDANT MANUEL SABLAN'S |
| v. | ) | NOTICE OF MOTION AND MOTION |
| | ) | FOR REVIEW AND REVOCATION |
| SABLAN, MANUEL ALDAN, | ) | OF DETENTION ORDER |
| | ) | |
| Defendant. | ) | Judge: Munson |
| | ) | Date : June 6, 2008 |
| _____ | ) | Time : 1:30 p.m. |

**PLEASE TAKE NOTICE** that Defendant Manuel Sablan, by and through counsel, will and hereby does move the Court for Review and Revocation of Detention Order on June 6, 2008 at 1:30 p.m. at the United States District Court for the Northern Mariana Islands.  This Motion is supported by a Memorandum, and all prior pleadings and proceedings had herein.

Dated: June 5, 2008.

                        O'CONNOR BERMAN DOTTS & BANES
                        Attorneys for Manuel Aldan Sablan


                        By: /s/_____
                                DAVID G. BANES, ESQ.