# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

CR-08-00014-003　　　　　　　　　　　　　　　　　　　　June 6, 2008
　　　　　　　　　　　　　　　　　　　　　　　　　　　　1:45 pm.

**UNITED STATES OF AMERICA -vs- MANUEL ALDAN SABLAN**

PRESENT:　　HON. ALEX R. MUNSON, CHIEF JUDGE PRESIDING
　　　　　　　K. LYNN LEMIEUX, COURTROOM DEPUTY
　　　　　　　SANAE SHMULL, COURT REPORTER
　　　　　　　ERIC O'MALLEY, ASSISTANT U.S. ATTORNEY
　　　　　　　DAVID BANES, COURT APPOINTED COUNSEL
　　　　　　　MANUEL ALDAN SABLAN, DEFENDANT

PROCEEDINGS:　BAIL HEARING

　　　Defendant **MANUEL ALDAN SABLAN** appeared with court appointed counsel, Attorney David Banes. Government was represented by Eric O'Malley, AUSA. U.S. Probation Officer, Margarita Wonenberg was present.

　　　Defense moved to withdraw the motion to revoke the detention order in order to find a suitable third-party custodian due to an unforeseen situation that occurred this morning.

　　　Court so ordered.

　　　Court ordered the defendant back into the custody of the U.S. Marshal until further order of the Court.

　　　　　　　　　　　　　　　Adj. 1:47 p.m.


　　　　　　　　　　　　　　　/s/K. Lynn Lemieux, Courtroom Deputy