FILED
Clerk
District Court

JUN 13 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

UNITED STATES DISTRICT COURT

NORTHERN MARIANA ISLANDS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08-00014 |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **WAIVER OF SPEEDY TRIAL** |
| ) | |
| ) | Hearing: Friday, June 13, 2008 |
| MANUEL ALDAN SABLAN, ) | Time: 10:00 pm |
| Defendant. ) | |

I, MANUEL ALDAN SABLAN, having been fully advised of my rights to a speedy trial, and having been advised that this right is granted to me by the Constitution of the United States and by federal case and statutory law interpreting the Constitution, and having been fully advised that my trial can only be set outside the time limits of the Speedy Trial Act if I waive my right to a speedy trial, do hereby waive my right to a speedy trial freely and without coercion and request that the time from the execution of this waiver up to and including September 30, 2008, be excluded from the computing of time within which trial of the offenses contained in the indictment must commence pursuant to the Speedy Trial Act.

I request the Court to find from the representations made by myself and/or my attorney in open court, and the Assistant United States Attorney in charge of this case that this waiver is in my best interest and that the ends of justice served by allowing this continuance of trial outweigh any other interest that I or the general public may have in a speedy trial as defined by the United

States Constitution, the Federal Rules of Criminal Procedure and the statutory and case law of the United States.

DATED: 6-13-08, 2008.

_____
MANUEL ALDAN SABLAN
Defendant

APPROVED:

_____
DAVID BANES
Attorney for Defendant

-2-