# MINUTES OF THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN MARIANA ISLANDS

CR-08-00014-003                                                June 13, 2008
                                                               10:20 a.m.

### UNITED STATES OF AMERICA -v- MANUEL ALDAN SABLAN

PRESENT:   HON. ALEX R. MUNSON, JUDGE PRESIDING
           K. LYNN LEMIEUX, COURTROOM DEPUTY
           SANAE N. SHMULL, COURT REPORTER
           ERIC O'MALLEY, ASSISTANT U.S. ATTORNEY
           DAVID BANES, COURT APPOINTED COUNSEL FOR DEFENDANT
           MANUEL ALDAN SABLAN, DEFENDANT

PROCEEDINGS:   **HEARING ON THE MATTER OF BAIL / WAIVER OF SPEEDY TRIAL**

Defendant appeared with counsel, Attorney David Banes. Government was represented by Eric O'Malley, AUSA.

Attorney Banes argued the motion for bail. Court **DENIED** bail.

Defendant was sworn and examined as to his understanding of his constitutional rights, his right to trial and his understanding of the Waiver.

Defendant signed the Waiver of Speedy Trial pleading in open court. Defendant stated in open court that he wished to waive his right to speedy trial. Defendant was examined as to his understanding of his constitutional rights and his right to a speedy trial.

The Court found that pursuant to Title 18 U.S.C. Code 3161 (h)(8) that the ends of justice would be served by allowing the defense further time to review the evidence in preparation for trial outweigh any other interests the public or the defendant may have in a speedy trial; therefore it was ordered that the jury trial would be waived up until and including September 30, 2008 and that **jury trial** would commence on **September 8, 2008** at 9:00 a.m. in this Courtroom.

Court ordered the defendant back into the **custody of the U.S. Marshal** until further order of the Court.

Adjourned at 10:30 a.m.

/s/ K. Lynn Lemieux, Courtroom Deputy