F I L E D
Clerk
District Court

AUG 2 9 2008

For The Northern Mariana Islands
By_____
(Deputy Clerk)

1  LEONARDO M. RAPADAS
   United States Attorney
2  ERIC S. O'MALLEY
   Assistant United States Attorney
   DISTRICT OF THE NORTHERN
3  MARIANA ISLANDS
   Horiguchi Building, Third Floor
4  P. O. Box 500377
   Saipan, MP 96950-0377
5  Telephone:   (670) 236-2980
   Fax:         (670) 236-2985
6
   Attorneys for United States of America
7
8                IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN MARIANA ISLANDS

10  UNITED STATES OF AMERICA,       )    CRIMINAL CASE NO. 08-00014
                                    )
11              Plaintiff,          )
                                    )
                                    )    **STIPULATION AND ORDER**
12         vs.                      )    **CONTINUING JURY TRIAL**
                                    )    **DATE AND TIME**
13  MANUEL ALDAN SABLAN,            )
                                    )    Date:  September 22, 2008
            Defendant.             )    Time: 9:00 a.m.
14  _____ )

15       This criminal case is presently scheduled for a jury trial on September 8, 2008, at 9:00 a.m.  The

16  parties hereby stipulate and agree that the jury trial in this matter be continued to September 22, 2008 at

17  9:00 a.m.

18

19  DATED: August 29, 2008              _____/s/_____
                                        DAVID G. BANES
20                                      Attorney for Defendant

21                                      LEONARDO M. RAPADAS
                                        United States Attorney
22                                      District of the Northern Mariana Islands

23

24  DATED: August 29, 2008              _____/s/_____
                                        ERIC S. O'MALLEY
25                                      Assistant U.S. Attorney

1

2

# ORDER

3

Based upon the Stipulation of counsel, the jury trial in this matter is hereby continued to

September 22, 2008 at 9:00 a.m.

4

5

**SO ORDERED**, this **29** day of August, 2008.

6

7

8

_____

**ALEX R. MUNSON**
Chief Judge, United States District Court

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25